# United States District Court
# For the District of Columbia

UNITED STATES INTERNATIONAL  
TRADE COMMISSION              )  
        Plaintiff(s)    )    **APPEARANCE**  
                    )  
                    )  
        vs.         )    CASE NUMBER   No. 1:05-mc-00355-RMU  
ATMEL CORPORATION             )  
                    )  
        Defendant(s)   )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __S. Alex Lasher__ as counsel in this  
                    (Attorney's Name)

case for: __ATMEL CORPORATION__  
        (Name of party or parties)

__9-9-05__  
Date

__486212__  
BAR IDENTIFICATION

_[signature]_  
Signature  
S. Alex Lasher  
Print Name  

1200 SEVENTEENTH STREET, N.W.  
Address  

WASHINGTON, DC 20036  
City     State     Zip Code  

(202) 467-6300  
Phone Number

...

...

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **ENTRY OF APPEARANCE (PUBLIC)** was served, as indicated on the parties listed below, this 9th day of September 2005:

**Counsel for Petitioner U.S. International Trade Commission**

James M. Lyons, Esq., General Counsel
Andrea C. Casson, Esq., Assistant General Counsel
Rhonda Hughes, Esq., Attorney Advisor
Michael Liberman, Esq., Attorney Advisor
U.S. International Trade Commission
500 E Street, S.W.
Washington, DC 20436
(VIA FEDERAL EXPRESS)

**Counsel for STMicroelectronics N.V. and STMicroelectronics, Inc.:**

James L. Quarles III, Esq.
William G. McElwain, Esq.
Michael D. Esch, Esq.
WILMER CUTLER PICKERING HALE AND
    DORR LLP
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004
(VIA FEDERAL EXPRESS)

William F. Lee, Esq.
WILMER CUTLER PICKERING HALE AND
    DORR LLP
60 State Street
Boston, Massachusetts 02109
(VIA FEDERAL EXPRESS)

_____
Sharyn Meister
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036

AT100005-pub