AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES INTERNATIONAL
TRADE COMMISSION              )
        Plaintiff(s)            )   **APPEARANCE**
                                )
                                )
        vs.                     )   CASE NUMBER   No. 1:05-mc-00355-RMU
ATMEL CORPORATION             )
                                )
        Defendant(s)            )

To the Clerk of this court and all parties of record:

Please enter the appearance of __BARBARA A. MURPHY__ as counsel in this
                       (Attorney's Name)

case for: __ATMEL CORPORATION__
        (Name of party or parties)

9/9/05
Date

367153
BAR IDENTIFICATION

Signature
BARBARA A. MURPHY
Print Name

1200 Seventeenth Street, NW
Address

WASHINGTON, DC 20036
City     State     Zip Code

(202) 467-6300
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **ENTRY OF APPEARANCE (PUBLIC)** was served, as indicated on the parties listed below, this 13th day of September 2005:

**Counsel for Petitioner U.S. International Trade Commission**

James M. Lyons, Esq., General Counsel
Andrea C. Casson, Esq., Assistant General Counsel
Rhonda Hughes, Esq., Attorney Advisor
Michael Liberman, Esq., Attorney Advisor
U.S. International Trade Commission
500 E Street, S.W.
Washington, DC 20436
(VIA HAND DELIVERY)

**Counsel for STMicroelectronics N.V. and STMicroelectronics, Inc.:**

James L. Quarles III, Esq.
William G. McElwain, Esq.
Michael D. Esch, Esq.
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1455 Pennsylvania Avenue, N.W.
Washington, DC 20004
(VIA HAND DELIVERY)

William F. Lee, Esq.
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, Massachusetts 02109
(VIA FEDERAL EXPRESS)

/s/ Patricia Larkin
_____
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC  20036

AT100005-pub