# WILMER CUTLER PICKERING
## HALE AND DORR LLP

March 30, 2005

**Timothy Jezek**

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
+1 202 942 8536
+1 202 942 8484 fax
timothy.jezek@wilmerhale.com

**VIA FACSIMILE AND US MAIL**

Cynthia T. Bright
Atmel Corporation
2325 Orchard Parkway
San Jose, CA 95131
Fax: (408) 487-2615

> Re: In the Matter of Certain NAND Flash Memory Circuits and Products Containing Same, ITC Investigation No. 337-TA-526

Dear Cynthia:

As you requested, enclosed please find a copy of the non-confidential version of the complaint in this action. We remain willing to work with Atmel to agree upon a timetable for the production of documents so as to ensure we receive the necessary documents and testimony in a timely manner while minimizing the burden and inconvenience to Atmel. Likewise, should any issues arise during the course of the document production process, ST remains willing to work with you to resolve those issues.

That said, because all discovery must be completed by June 9, 2005, it is imperative that Atmel inform us of any desire to challenge the subpoenas authorized by Judge Luckern, and that we resolve any such issue, sooner rather than later. Therefore, our client cannot consent to an extension of time to respond to the subpoenas for purposes of filing either objections or a motion to quash, etc.

I look forward to speaking with you further; please feel free to give me a call with any questions.

Very truly yours,

Timothy Jezek

BALTIMORE    BEIJING    BERLIN    BOSTON    BRUSSELS    LONDON
MUNICH    NEW YORK    NORTHERN VIRGINIA    OXFORD    WALTHAM    WASHINGTON



EXHIBIT 1