## ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.

ATTORNEYS AT LAW

V. JAMES ADDUCI II
LOUIS S. MASTRIANI
TOM M. SCHAUMBERG
BARBARA A. MURPHY
HARVEY B. FOX
WILL E. LEONARD
JAMES TAYLOR, JR.
MAUREEN F. BROWNE
MICHAEL G. McMANUS*
MICHAEL L. DOANE
WILLIAM C. SJOBERG
DAVID F. NICKEL*
SARAH E. HAMBLIN*
MARK R. LEVENTHAL
S. ALEX LASHER
RODNEY R. SWEETLAND, III
TALI LEAH ALBAN*

*ADMITTED TO A BAR OTHER THAN D C

1200 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
e-mail: [lastname]@adduci.com
www.adduci.com

OF COUNSEL

ROBERT A. WESTERLUND
DAVID G. POSZ
JAMES E. BARLOW*
GREGORY C. ANTHES
JOHN C. STEINBERGER
PAUL G. HEGLAND

AFFILIATE

AM&S TRADE SERVICES, LLC
CARLOS MOORE, PRESIDENT

May 4, 2005

**VIA HAND DELIVERY**

James L. Quarles, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1899 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Re: In the Matter of Certain NAND Flash Memory Circuits and Products Containing Same No. 337-TA-526

Dear Jim:

In response to Request No. 16 of Order No. 10, Atmel has searched for, and located, two responsive Databooks. Enclosed please find three (3) copies of Atmel's Databooks from 1988 and 1989.

Atmel also conducted a search for documents responsive to Request No. 20 of Order No. 10 and has confirmed that no such documents exist. With regard to Request Nos. 17-19 and 21, Atmel maintains its objections as detailed in Atmel's Motion for Reconsideration of Order No. 10, or in the Alternative, for Interlocutory Review, which was filed yesterday.

Please contact us with any questions.

Very truly yours,

S. Alex Lasher

Enclosure
cc: Honorable Paul J. Luckern (letter only)
    James C. Yoon, Esq. (letter only)
    Juan S. Cockburn, Esq. (letter only)


EXHIBIT 5