**ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.**

ATTORNEYS AT LAW

V. JAMES ADDUCI II
LOUIS S. MASTRIANI
TOM M. SCHAUMBERG
BARBARA A. MURPHY
HARVEY B. FOX
WILL E. LEONARD
JAMES TAYLOR, JR.
MAUREEN F. BROWNE
MICHAEL G. McMANUS*
MICHAEL L. DOANE
WILLIAM C. SJOBERG
DAVID F. NICKEL*
SARAH E. HAMBLIN*
MARK R. LEVENTHAL
S. ALEX LASHER
RODNEY R. SWEETLAND, III
TALI LEAH ALBAN*

*ADMITTED TO A BAR OTHER THAN D.C.

1200 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
e-mail: [lastname]@adduci.com
www.adduci.com

OF COUNSEL

ROBERT A. WESTERLUND
DAVID G. POSZ
JAMES E. BARLOW*
GREGORY C. ANTHES
JOHN C. STEINBERGER
PAUL G. HEGLAND

AFFILIATE

AM&S TRADE SERVICES, LLC
CARLOS MOORE, PRESIDENT

June 2, 2005

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Joseph R. Baldwin, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

    Re:    <u>Subpoena to Atmel in Certain NAND Flash Memory Circuits
And Products Containing Same, USITC Inv. No. 337-TA-526</u>

Dear Joe:

    Atmel has identified some responsive documents that have been forwarded to us for review and numbering. In addition, Atmel is in the process of pulling for STMicro's inspection Seeq Technology documents that are potentially responsive to Order No. 11 and your subsequent limitation to Seeq Part No. 55B33H. We will advise you of the place and time for this inspection shortly.

    Before any production can be made, however, Atmel requests that additional protections be added to the Protective Order issued by Judge Luckern for this investigation (Order No. 2, issued November 16, 2004), (hereafter "Protective Order ") in order to adequately protect Atmel's confidential information. The adoption of additional protections is consistent with Judge Luckern's comments in Order No. 11.



EXHIBIT 7

Joseph R. Baldwin, Esq.
June 2, 2005
Page 2

    Atmel's specific concerns have been fully set forth in the earlier filings with the Commission connected with the subpoena. In order to address these concerns, Atmel requests that the following stipulation be adopted by the parties to the investigation:

1. Regardless of any other amendments to the Protective Order that may permit sharing of information among corporate representatives, documents and materials produced by Atmel that contain confidential business information (hereafter "Atmel's Confidential Information") will be viewed by outside attorneys' eyes only;

2. Atmel's Confidential Information is being provided solely for use in this investigation and cannot be used for any other purpose, including in the corresponding district court action between the parties, and in no event can be used against Atmel;

3. Before any of Atmel's Confidential Information is produced to anyone other than an outside attorney of record representing one of the parties or to personnel of the U.S. International Trade Commission, Atmel must be informed in writing of the identity of the expert or consultant, in a manner consistent with Paragraph 15 of the Protective Order. Written notice must be sent to:

   Julie Mar-Spinola
   VP-Global Affairs, Litigation & Intellectual Property
   Atmel Corporation
   2325 Orchard Parkway
   San Jose, CA 95131
   Tel: (408) 441-0311;

4. Notwithstanding Paragraph 18 of the Protective Order, upon final termination of the investigation, all copies of Atmel's Confidential Information, including without limitation, any notes pertaining to same, must be returned to Atmel, along with written certification by the returning party's counsel that all such copies have been returned and that no copies of documents or notes including information derived from Atmel's Confidential Information has been retained; and

5. Notwithstanding Atmel's production of these documents for inspection or otherwise, the parties agree (1) that they will not use any privileged material those documents may contain, and (2) that Atmel does not waive its attorney-client privilege or work product immunity in the event such documents are included in the production.

Joseph R. Baldwin, Esq.
June 2, 2005
Page 3

      We will need STMicro's and SanDisk's agreement to this stipulation, which we wish to have adopted as an amendment to the Protective Order.

                                     Sincerely,

                                     Barbara A. Murphy

AT300305
BAM:ss