**ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.**

ATTORNEYS AT LAW

V. JAMES ADDUCI II
LOUIS S. MASTRIANI
TOM M. SCHAUMBERG
BARBARA A. MURPHY
HARVEY B. FOX
WILL E. LEONARD
JAMES TAYLOR, JR.
MAUREEN F. BROWNE
MICHAEL G. McMANUS*
MICHAEL L. DOANE
WILLIAM C. SJOBERG
DAVID F. NICKEL*
SARAH E. HAMBLIN*
MARK R. LEVENTHAL
S. ALEX LASHER
RODNEY R. SWEETLAND, III
TALI LEAH ALBAN*

*ADMITTED TO A BAR OTHER THAN D.C.

1200 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
e-mail: {lastname}@adduci.com
www.adduci.com

OF COUNSEL

ROBERT A. WESTERLUND
DAVID G. POSZ
JAMES E. BARLOW*
GREGORY C. ANTHES
JOHN C. STEINBERGER
PAUL G. HEGLAND

AFFILIATE

AM&S TRADE SERVICES, LLC
CARLOS MOORE, PRESIDENT

June 28, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Joseph R. Baldwin, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

   Re:  Subpoena to Atmel in Certain NAND Flash Memory Circuits
      And Products Containing Same, USITC Inv. No. 337-TA-526

Dear Joe:

  We were informed by our bank that the check for $661.79 you provided to reimburse Atmel for its expenses in photocopying and transmitting the first round of documents provided in response to the subpoena was returned to our bank unpaid. The explanation provided on a stamp on the check (copy enclosed) was "RETURN REASON (E) UTLA—UNABLE TO LOCATE ACCOUNT." We expect you to rectify this situation immediately.

  In addition, apart from the protective order issues that are not yet fully resolved, we request advance payment of $487.19 for the expenses incurred in preparing photocopies of the second set of documents that Atmel located in response to the subpoena. As you know, we exchanged correspondence on the protective order issues earlier this month, but we had yet to reach agreement. Although the documents have not yet been produced to you, these are out-of-pocket expenses for which Atmel must be reimbursed.

  Please provide a cashiers or certified check in the amount of $1,148.98 to cover these expenses.



EXHIBIT 10

Joseph R. Baldwin, Esq.
June 28, 2005
Page 2

   In terms of the SEEQ documents, once we have worked out the protective order and cost issues, they will be made available for inspection at a law firm in San Francisco.

               Sincerely,

               Barbara A. Murphy

Enclosure
BAM:sh
AT300605