# ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.

ATTORNEYS AT LAW

V. JAMES ADDUCI II
LOUIS S. MASTRIANI
TOM M. SCHAUMBERG
BARBARA A. MURPHY
HARVEY B. FOX
WILL E. LEONARD
JAMES TAYLOR, JR.
MAUREEN F. BROWNE
MICHAEL G. McMANUS*
MICHAEL L. DOANE
WILLIAM C. SJOBERG
DAVID F. NICKEL*
SARAH E. HAMBLIN*
MARK R. LEVENTHAL
S. ALEX LASHER
RODNEY R. SWEETLAND, III
TALI LEAH ALBAN*
*ADMITTED TO A BAR OTHER THAN D.C.

1200 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20036
Telephone: (202) 467-6300
Facsimile: (202) 466-2006
e-mail: [lastname]@adduci.com
www.adduci.com

OF COUNSEL

ROBERT A. WESTERLUND
DAVID G. POSZ
JAMES E. BARLOW*
GREGORY C. ANTHES
JOHN C. STEINBERGER
PAUL G. HEGLAND

AFFILIATE

AM&S TRADE SERVICES, LLC
CARLOS MOORE, PRESIDENT

June 30, 2005

## VIA FACSIMILE AND FIRST CLASS MAIL

Joseph R. Baldwin, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re:   Subpoena to Atmel in Certain NAND Flash Memory Circuits
      And Products Containing Same, USITC Inv. No. 337-TA-526

Dear Joe:

    Late yesterday, we received your letter enclosing the two checks for copying expenses that Atmel has incurred. Your letter also requested production of the second set of documents today. As we have repeatedly indicated in letters and telephone calls, until STMicro agrees to the specific terms related to the protection of Atmel's confidential information, we cannot produce these documents. Based upon our most recent exchange, it does not seem that we are that far apart on resolving these protective order issues, so we look forward to finalizing these terms.

Sincerely,

Barbara A. Murphy

AT300705
BAM:ss

EXHIBIT 11