# WILMER CUTLER PICKERING
# HALE AND DORR LLP

June 9, 2005

**By Facsimile and First Class Mail**

James C. Yoon, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

**By Facsimile and Electronic Mail**

Juan Cockburn, Esq.
Investigative Attorney
United States International Trade Commission
500 E Street, S.W.
Washington, DC 20436

Joseph R. Baldwin

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
+1 202 942 8508
+1 202 942 8484 fax
joseph.baldwin@wilmerhale.com

Re:   Atmel Documents in International Trade Comm'n Inv. No. 337-TA-526

Dear Messrs. Yoon and Cockburn:

I write regarding Atmel's production of documents under the subpoena since modified by Judge Luckern's Orders 10 and 11. Atmel desires certain stipulations be made before it will produce relevant documents.

STMicroelectronics has made those stipulations, as seen in the enclosed letter. We urge SanDisk and the Staff to make the same stipulations so that Atmel will allow SanDisk and the Staff access to Atmel's Confidential Business Information.

Please be aware that Atmel has only copied approximately 600 additional documents in response to the subpoena, so the burden of returning documents is minimal. STMicroelectronics is currently evaluating whether it will inspect the 20-30 boxes of SEEQ documents Atmel has offered to make available near Palo Alto.

Please let me and Barbara Murphy at Adduci, Mastriani and Schaumberg (representing Atmel) know as soon as possible, but in any event before the close of business on Friday, June 10th, whether you will make the requested stipulations.

BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON
MUNICH   NEW YORK   NORTHERN VIRGINIA   OXFORD   WALTHAM   WASHINGTON


EXHIBIT 14

James C. Yoon, Esq.
Juan Cockburn, Esq.
June 9, 2005
Page 2

Thank you for your attention in this matter. Please call me if you have any questions.

Very truly yours,

Joseph R. Baldwin

cc:　Barbara A. Murphy, Esq.