UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION, | : | | |
| | : | | |
| Petitioner, | : | Misc. Action No.: | 05-355 (RMU) |
| | : | | |
| v. | : | Document No.: | 9 |
| | : | | |
| ATMEL CORPORATION, | : | | |
| | : | | |
| Respondent. | : | | |

## ORDER

### GRANTING THE RESPONDENT'S MOTION TO STAY

Before the court is the respondent's unopposed motion for a stay pending a final determination by the International Trade Commission in the underlying investigation.

It is hereby this 3rd day of November, 2005,

**ORDERED** that the respondent's motion is **GRANTED**, and it is

**FURTHER ORDERED** that this case is **STAYED** until the petitioner renders a final determination of the underlying investigation or December 5, 2005, whichever is first, and it is

**ORDERED** that the parties submit a joint status report to the court within 15 days of the agency's final determination, including the parties' understanding of the scope of this action going forward, and it is

**FURTHER ORDERED** that if the petitioner does not issue its final determination by December 5, 2005, the parties submit a joint status report indicating the scope of this action going forward and indicating whether an additional stay is prudent.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge