# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INTERNATIONAL TRADE COMMISSION<br>500 E Street, S.W.<br>Washington, D.C. 20436<br>(202) 205-3061,<br><br>      Petitioner,<br><br>  v.<br><br>Atmel Corp.<br>2325 Orchard Parkway<br>San Jose, California 95131<br>(408) 441-0311<br><br>      Respondent. | Misc. No. 05-355(RMU) |

## STIPULATION OF DISMISSAL

Please take notice that petitioner, the United States International Trade Commission ("the Commission") hereby dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This stipulation of dismissal has been signed by all parties who have

RECEIVED
MAR 0 8 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

appeared in this action.

Respectfully submitted,

*/s/ Louis S. Mastriani*
Louis S. Mastriani
(D.C. Bar No. 386820)
Barbara A. Murphy
(D.C. Bar No. 367153)
S. Alex Lasher
(D.C. Bar No. 486212)
Adduci, Mastriani & Schaumberg LLP
1200 Seventeenth Street, N.W.
Fifth Floor
Washington, D.C. 20036
(202) 467-6300

Counsel for Respondent
Atmel Corporation

*/s/ Michael Liberman*
James M. Lyons
General Counsel
(D.C. Bar No. 304121)
Andrea Casson
Assistant General Counsel
(D.C. Bar No. 279216)
Rhonda Hughes
Attorney Advisor
(D.C. Bar No. 341602)
Michael Liberman
Attorney Advisor
(D.C. Bar No. 459772)

Counsel for Petitioner
U.S. International Trade Commission
500 E Street , SW
Washington, DC 20436
(202) 205-3061

Date: *March 8*, 2006

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL (PUBLIC)** was served, as indicated on the parties listed below, this 8th day of March 2006:

**Counsel for Petitioner U.S. International Trade Commission**

James M. Lyons, Esq., General Counsel
Andrea C. Casson, Esq., Assistant General Counsel
Rhonda Hughes, Esq., Attorney Advisor
Michael Liberman, Esq., Attorney Advisor
U.S. International Trade Commission
500 E Street, S.W.
Washington, DC 20436
**(VIA HAND DELIVERY)**

_____
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC  20036

AT100005-pub